UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

PRESTON JONES

VERSUS

THE LOUISIANA STATE BOARD
OF PRIVATE SECURITY
EXAMINERS, ET AL.

CIVIL ACTION

NO.  22-258-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 3, 2022, (Doc. 21), to which objections and a reply were filed and considered (Docs. 22, 23 and 24);

**IT IS ORDERED** that Defendant Fabian Blache, III's Motion to Dismiss Pursuant to Rules 12(b)(2), 12(b)(4), and 12(b)(5) of the Federal Rules of Civil Procedure. (Doc. 10) and Defendant Louisiana State Board of Private Security Examiners Motion to Dismiss Plaintiff's Claims Pursuant to F.R.C.P. 12(b)(5) (Doc. 14) are **DENIED**.

**IT IS FURTHER ORDERED** that the Plaintiff is given an additional **30 days from the date of this Opinion** to serve the summons and complaint on the defendants as required by Rule 4(c). Plaintiff is on notice that failure to serve the summons and complaint on the defendants within the timeframe provided above may result in the dismissal of the action without further notice.

Signed in Baton Rouge, Louisiana, on December 8, 2022.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA